UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIAN TURNER,

                Plaintiff,                No. 06-CV-15112-DT

vs.                                            Hon. Gerald E. Rosen

TOM DEPP, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
SUPPLEMENTAL REPORT AND RECOMMENDATION
AND ORDER ALLOWING PLAINTIFF UNTIL FEBRUARY 25, 2008
TO COMPLY WITH THE COURT'S DECEMBER 11, 2006 ORDER

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     January 31, 2008

        PRESENT: Honorable Gerald E. Rosen
                            United States District Judge

        This matter having come before the Court on the January 10, 2008 Supplemental Report and Recommendation of Magistrate Judge Paul J. Komives recommending that the Court (1) reject his July 30, 2007 Report and Recommendation in which he recommended dismissal of Plaintiff's Complaint for non-compliance with Magistrate Judge Whalen's December 11, Order; (2) set a deadline by which Plaintiff must provide the Court with the number of copies of his Complaint required in the December 11, Order; and (3) provide Plaintiff with a copy of the docket sheet of this case as well as copies of his complaint; his IFP application; Magistrate Judge Whalen's December 11,

2007 Order; and this Court's Order referring all pretrial matters to Magistrate Judge Komives.  No timely objections to the Magistrate Judge's January 10 R&R have been filed.  Having reviewed and considered the Magistrate Judge's Supplemental Report and Recommendation and the entire record of this matter the Court agrees with the Magistrate Judge's findings and recommendations.  Therefore,

IT IS HEREBY ORDERED that the January 10, 2008 Supplemental Report and Recommendation **[Dkt. # 8]** is adopted by the Court.  Accordingly it is further ordered as follows:

(1) The Magistrate Judge's Report and Recommendation of July 30, 2007 **[Dkt. # 6]** is rejected.

(2) Plaintiff may have until **February 22, 2008** to satisfy the requests set forth in Magistrate Judge Whalen's December 11, 2006 Order.

(3) Plaintiff's August 8, 2007 Motion for Reconsideration **[Dkt. # 7]** is denied as moot.

(4) The Clerk shall provide Plaintiff with a copy of the docket sheet of this matter, as well as copies of Plaintiff's Complaint, his IFP application; Magistrate Judge Whalen's December 11, 2006 Order; and this Court's December 12, 2006 Order of Reference.

SO ORDERED.

                              s/Gerald E. Rosen
                              Gerald E. Rosen
                              United States District Judge

Dated:  January 31, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2008, by electronic and/or ordinary mail.

                         s/LaShawn R. Saulsberry
                         Case Manager